# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
## CHAPTER 13 PLAN (Individual Adjustment of Debts)
## SECOND AMENDED PLAN

DEBTOR: Karen Gonzalez        JOINT DEBTOR:                           CASE NO.: 15-26638-RAM
Last Four Digits of SS# 7613        Last Four Digits of SS# 

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

   A.   $ 86.22 for months 1 to 60; in order to pay the following creditors:

<u>Administrative</u>:    Attorney's Fee - $ 3650 TOTAL PAID $1500 Balance Due $ 2150
                 payable $ 53.75/month (Months 1 to 40)

<u>Secured Creditors</u>: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. None                          Arrearage on Petition Date  $
Address:                         Arrears Payment    $        /month (Months     to     )
                                 Regular Payment    $        /month (Months     to     )
Account No:

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | - | - | None | None | - |

<u>Priority Creditors</u>: [as defined in 11 U.S.C. §507]

1. None                Total Due  $
                       Payable    $        /month (Months    to    ) Regular Payment $

<u>Unsecured Creditors</u>: Pay $ 23.85/month (Months 1 to 40) and Pay $ 77.60 /month (Months 41 to 60).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor will pay secured creditors Nationstar Mortgage LLC (xxxx1614) and JP Morgan Chase Bank (xxxx0181) secured by 851 West 77 Street, Hialeah, FL 33014 direct and outside the plan.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for the Debtor                          Joint Debtor
Date: 01/11/2016                                 Date:

LF-31 (rev. 01/08/10)